IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICOLE S. BRENT**                                                                                          **PLAINTIFF**

v.                                       **CASE NO. 4:23-CV-00655-BSM**

**FRED PARRIS TOWERS**, *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE